**UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:25-cr-00190** |
| | ) | **Judge Eli J. Richardson** |
| **CHRISTIAN SMITH** | ) | |

## MOTION REQUESTING CHANGE OF PLEA HEARING

The Defendant, Christian Smith, through undersigned counsel, hereby advises the Court that he is prepared to enter a guilty plea in the above Superseding Indictment and requests a change of plea hearing on November 18, 2026, at 10:00 a.m.

The proposed Plea Petition and the proposed Plea Agreement will be submitted to chambers in advance of the hearing.

Based upon the foregoing, Mr. Smith respectfully requests this Court grant the instant motion and schedule a change of plea hearing on November 18, 2026, at 10:00 a.m.

Respectfully submitted,

*s/Eileen M. Parrish*
Eileen M. Parrish BPR #020236
3200 West End Ave, Suite 500
Nashville, TN 37203
(615) 783-1698
eileenparrish@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to Monica Morrison, Assistant United States Attorney, 719 Church Street, Suite 300, Nashville, Tennessee, 37203 on this 3rd day of November, 2026.

*s/Eileen M. Parrish*
Eileen M. Parrish